JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-25-08072-PA (AGR)                                    Date: April 17, 2026

Title    Ainsworth v. County of Los Angeles Superior Court, et. al.

Present: The Honorable:  Percy Anderson, United States District Judge

| Kamilla Sali-Suleyman Kogosov | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings: MINUTE (IN CHAMBERS) ORDER OF DISMISSAL WITHOUT PREJUDICE**

In this action, Plaintiff filed a complaint without paying the filing fee or filing a request to proceed without prepayment of filing fees.

On August 27, 2025, the Court sent a warning letter to Plaintiff advising that failure to correct this deficiency within 30 days from the date of the warning letter would result in dismissal without prejudice of this case.  (Dkt No. 2.)

More than 8 months have passed, and Plaintiff has not paid the filing fee or filed a Request to Proceed Without Prepayment of Filing Fees.

Moreover, this action appears to be duplicative in whole or in part of the pending action entitled *Ainsworth v. County of Los Angeles Superior Court, et al.*, CV 25-7983 PA (AGR) (C.D. Cal.).  "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'"  *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) (citation omitted).  A district court may dismiss the second case without prejudice.  *Id.* at 692 ("Dismissal of the duplicative lawsuit, more so than the issuance of a stay or the enjoinment of proceedings, promotes judicial economy and the 'comprehensive disposition of litigation.'").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-25-08072-PA (AGR)                                  Date: April 17, 2026

Title     Ainsworth v. County of Los Angeles Superior Court, et. al.

Accordingly, IT IS ORDERED that this action is dismissed in its entirety without prejudice.

**Initials of Preparer**   kss